UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE GERMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:24-cv-05952-SK<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: February 4, 2025

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-